Morris E. Fischer, Law Office of Morris E. Fischer, of Bethesda, MD, argued for petitioner.

Austin Fulk, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Before NEWMAN, MAYER, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Richard J. Berman, Arent Fox LLP, of Washington, DC, argued for appellant. With him on the brief were Janine A. Carlan and Amy E.L. Schoenhard.

Frances M. Lynch, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and Thomas W. Krause, Associate Solicitor.

Before NEWMAN, LOURIE, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

In re SAMI CHEMICALS AND
EXTRACTS, LTD.

Nos. 2008–1257, 2009–1317.

United States Court of Appeals,
Federal Circuit.

Feb. 19, 2010.

Rehearing and Rehearing En Banc
Denied April 27, 2010.

SRAM CORPORATION (now known as
SRAM, LLC), Plaintiff–Appellee,

v.

AD–II ENGINEERING, INC.,
Defendant–Appellant.

No. 2009–1170.

United States Court of Appeals,
Federal Circuit.

Feb. 26, 2010.